# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARTIN GIUDICI,

Appellant,

vs.

KRISTI GIUDICI,

Respondent.

No. 80232

**FILED**

FEB 28 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order denying a motion to renew a divorce decree or in the alternative motion to enforce the agreements with referral to special master. Second Judicial District Court, Washoe County; William A. Maddox, Judge.

After entry of the district court's order, appellant filed a motion for reconsideration. Because the district court appears not to have resolved that motion, this court entered an order to show cause directing appellant to demonstrate this court's jurisdiction. *See, e.g., AA Primo Builders v. Washington*, 126 Nev. 578, 245 P.3d 1190 (2010). Appellant has responded and confirms that the district court has held the motion in abeyance until a hearing set for March 9, 2020. Accordingly, the appeal is premature, *see, e.g.*, NRAP 4(a)(6); *Lytle v. Rosemere Estates Prop. Owners*, 129 Nev. 923, 314 P.3d 946 (2013), and this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Chief Judge, The Second Judicial District Court
Hon. William A. Maddox, Senior Judge
Leonard Law, PC
Viloria, Oliphant, Oster & Aman L.L.P.
Robison, Sharp, Sullivan & Brust
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A